UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DIAPOLIS SMITH,

      Petitioner,

v.                                    Case No. 1:03-CV-87

MARY BERGHUIS,                 HON. GORDON J. QUIST

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

In accordance with the Opinion entered this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued October 28, 2005 (docket no. 42) is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Petitioner's petition for writ of habeas corpus is **DENIED**.

This case is **concluded**.


Dated: February 23, 2006                          /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE