UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIAPOLIS SMITH,

    Petitioner,

v.                                      Case No. 1:03-CV-87

MARY BERGHUIS,                   HON. GORDON J. QUIST

    Respondent.
_____/

## ORDER

In accordance with the Opinion filed on this date,

**IT IS HEREBY ORDERED** that the magistrate judge's March 11, 2009, report and recommendation (docket no. 60) is **ADOPTED IN PART**. The Court adopts the report and recommendation with regard to the magistrate judge's conclusion that Petitioner's Motion for Release on Bond should be denied.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Release on Bond (docket no. 56) is **DENIED**, and Petitioner's Objections to Report and Recommendation (docket no. 61) are **OVERRULED**.

Dated: May 11, 2009                                                /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE